```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07080
   THOMAS P ROBINSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0471

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/16/2006 and was confirmed 10/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/11/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
 COUNTRYWIDE HOME LOANS    CURRENT MORTG    14324.82              .00        14324.82
 COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    26455.44              .00         8138.19
 HOMEOWNERS SECURITY CORP  SECURED           1724.17            36.86         1169.62
 AMERICAS FINANCIAL CHOIC  UNSEC W/INTER      875.61              .00              .00
 ASSOCIATED LABORATORY PH  UNSEC W/INTER NOT FILED                .00              .00
 AT & T                    UNSEC W/INTER NOT FILED                .00              .00
 BUDS AMBULANCE SERVICE    UNSEC W/INTER NOT FILED                .00              .00
 CAPITAL ONE BANK          UNSEC W/INTER NOT FILED                .00              .00
 HOME OWNER SECURITY       UNSEC W/INTER NOT FILED                .00              .00
 INGALLS MEMORIAL HOSPITA  UNSEC W/INTER NOT FILED                .00              .00
 IQ TELECOM                UNSEC W/INTER NOT FILED                .00              .00
 MCI                       UNSEC W/INTER NOT FILED                .00              .00
 MCI COMMUNICATIONS        UNSEC W/INTER NOT FILED                .00              .00
 MUTUAL HOSPITAL SERVICES  UNSEC W/INTER NOT FILED                .00              .00
 NICOR GAS                 UNSEC W/INTER     3109.75              .00              .00
 NICOR GAS                 NOTICE ONLY   NOT FILED                .00              .00
 RADIOLOGY IMAGING CONSUL  UNSEC W/INTER NOT FILED                .00              .00
 T-MOBILE                  UNSEC W/INTER NOT FILED                .00              .00
 VILLAGE OF DOLTON         UNSEC W/INTER NOT FILED                .00              .00
 WASHINGTON MUTUAL HOME L  NOTICE ONLY   NOT FILED                .00              .00
 WELLS FARGO FINANCIAL AC  FILED LATE        9832.19              .00              .00
 BROOKINS & WILSON         DEBTOR ATTY      2,404.00                          2,404.00
 TOM VAUGHN                TRUSTEE                                            1,681.59
 DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                27,755.08

 PRIORITY                                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07080 THOMAS P ROBINSON
```

```
SECURED                                                    23,632.63
    INTEREST                                                   36.86
UNSECURED                                                         .00
ADMINISTRATIVE                                              2,404.00
TRUSTEE COMPENSATION                                        1,681.59
DEBTOR REFUND                                                     .00
                                   ---------------    ---------------
TOTALS                                   27,755.08          27,755.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/19/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 06 B 07080 THOMAS P ROBINSON